**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| Merle Norflet, as Fiduciary over | : | |
| the  Person and Estate of Maggie | : | |
| Norflet, on behalf of herself and | : | |
| all others similarly situated, | : | |
|     Plaintiff, | : | Civil No. 3:04cv1099 (JBA) |
| | : | |
| v. | : | |
| | : | |
| John Hancock Financial Services, | : | |
| Inc., and John Hancock Life | : | |
| Insurance Company, | : | |
|     Defendants. | : | |

### Order of Dismissal

By agreement of counsel, and in light of the uncertainty of timing with respect to the Second Circuit's determination on defendants' Rule 23(f) Certification, this matter is stayed until the earlier of the readiness of notice to be sent to the class or Second Circuit disposition.

Accordingly, this matter will be administratively closed and removed from the active docket with the absolute right of any party to restore it on motion upon the occurrence of either of the two above identified events, or otherwise.

IT IS SO ORDERED.

                    /s/
                    Janet Bond Arterton, U.S.D.J.

**Dated at New Haven, Connecticut:**   **September 27, 2007**