UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Norflet, et al,
    *Plaintiffs,*

    *v.*

John Hancock, et al,
    *Defendants.*

Civil No. 3:04cv1099 (JBA)

ORDER

Pending before the Court is the Consent Motion for Approval of the Advisory Committee's Second Set of Recommendations for Disbursement from the Settlement Fund. Upon reviewing the Motion, the Declaration of John C. Brittain in support, which describes the diligent and conscientious efforts of the Advisory Committee, and the related exhibits, the Court concludes that the Motion should be and is GRANTED.

The Court approves a total of $3,633,000.00 in disbursements from the Settlement Fund to 10 organizations.

IT IS SO ORDERED.

/s/ _____
Janet Bond Arterton, U.S.D.J.

Dated at New Haven, Connecticut this 11th day of January 2012.